AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| BLEPHEX, LLC <br> *Plaintiff* <br> v. <br> PAIN POINT MEDICAL SYSTEMS, INC. d/b/a <br> MIBO MEDICAL GROUP, INC. <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. <br> **3-16 CV-0410 B** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    PAIN POINT MEDICAL SYSTEMS, INC., d/b/a MIBO MEDICAL GROUP, INC.
    8204 Elmbrook Drive, Suite 200, Dallas, Texas 75247 through its registered
    agent, Glinda Whitehurst at said address.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Derek Rollins, Shackelford, Bowen, McKinley & Norton, LLP, 9201 N. Central
    Expressway, Fourth Floor, Dallas, Texas 75231.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **FEB 12 2016**

                                                *Signature of Clerk or Deputy Clerk*